```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21868
   DOUGLAS W BARROW
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-3823

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/01/2005 and was confirmed 08/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED          3000.00         306.42        3000.00
TRIAD FINANCIAL CORP       UNSECURED        7203.07            .00          96.08
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00             .00
ASSOCIATED RECOVERY SYST   UNSECURED       NOT FILED          .00             .00
BOWMAN HEINTZ BOSCIA & M   UNSECURED       NOT FILED          .00             .00
CAPITAL ONE                UNSECURED        1442.75           .00           19.24
CALVARY PORTFOLIO SVCS     UNSECURED       NOT FILED          .00             .00
CHEX SYSTEMS COLLECTION    UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         660.00           .00             .00
CLAIMS ACCOUNTING          UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED         697.54           .00             .00
COMPUTER CREDIT            UNSECURED       NOT FILED          .00             .00
DUPAGE COUNTY STATES ATT   UNSECURED       NOT FILED          .00             .00
FNBO/CONSECO               UNSECURED       NOT FILED          .00             .00
FRIEDMAN & WEXLER          UNSECURED       NOT FILED          .00             .00
HSBC/RS                    UNSECURED       NOT FILED          .00             .00
IMPERIAL COLLECTION SERV   UNSECURED       NOT FILED          .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED          .00             .00
MCM                        UNSECURED       NOT FILED          .00             .00
MEDICAL COLLECTIONS SYST   UNSECURED       NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00             .00
MEDICAL RECOVERY SPECIAL   UNSECURED       NOT FILED          .00             .00
MURPHY MARTIN RECOVERY     UNSECURED       NOT FILED          .00             .00
NCO FINANCIAL              UNSECURED       NOT FILED          .00             .00
OXFORD MANAGEMENT SERV     UNSECURED       NOT FILED          .00             .00
RECOVERY RESOURCES         UNSECURED       NOT FILED          .00             .00
RISK MANAGEMENT            UNSECURED       NOT FILED          .00             .00
ROSSMAN & CO               UNSECURED       NOT FILED          .00             .00
STATEWIDE CREDIT ASSN      UNSECURED       NOT FILED          .00             .00
STATEWIDE CREDIT ASSN      UNSECURED       NOT FILED          .00             .00
TELECHECK SERVICES         UNSECURED         392.63           .00             .00
TRS RECOVERY SERVICES IN   UNSECURED       NOT FILED          .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 21868 DOUGLAS W BARROW
```

```
US HEALTHWORKS MEDICAL G UNSECURED       NOT FILED              .00            .00
WAL MART STORES INC      UNSECURED       NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        1135.17               .00          15.14
JEFFERSON CAPITAL SYSTEM UNSECURED        1176.59               .00          15.69
ROBERT J ADAMS & ASSOC   REIMBURSEMENT     210.00               .00         210.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN               TRUSTEE                                            323.00
DEBTOR REFUND            REFUND                                             268.38
```

        Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
    ----------------------------------------------------------------------
    TRUSTEE               6,453.95

    PRIORITY                                    210.00
    SECURED                                   3,000.00
        INTEREST                                306.42
    UNSECURED                                   146.15
    ADMINISTRATIVE                            2,200.00
    TRUSTEE COMPENSATION                        323.00
    DEBTOR REFUND                               268.38
                         ---------------    ---------------
    TOTALS                6,453.95          6,453.95

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE